FILED
CLERK, U.S. DISTRICT COURT

September 4, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY:    TS    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADAM MANUEL ALVAREZ,<br><br>         Petitioner,<br><br>         v.<br><br>W.L. MONTGOMERY, Warden,<br><br>         Respondent. | No. CV 14-09004-PSG (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report.

IT IS HEREBY ORDERED that:

1. The Amended Report and Recommendation is approved and accepted.

2. Respondent's motion to dismiss is GRANTED and the Court exercises its discretion to STRIKE Ground One of the Petition.

///

///

3. Respondent shall file an Answer to the remaining grounds of the Petition within thirty (30) days of this Order in accordance with the Court's November 25, 2014 Order Requiring Response to Petition.

Dated: September 4, 2015

_____
PHILIP S. GUTIERREZ
United States District Judge