JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADAM MANUEL ALVAREZ, | No. CV 14-09004-PSG (DFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: 1/11/17

_____
PHILIP S. GUTIERREZ
United States District Judge